**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
*Pine Bluff* _____ DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**AUG 21 2017**

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

*Winston Holloway* _____
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. *67507*
(Do Not Put Your Social Security Number)

V.                                CASE NO. *5:17-CV-217-JM-PSH*

*Warden James Gibson; Asst. Warden Tony Mchnn; Asst. Warden*
*Antown Emsweller; Capt. Jimmy Phillips; Lt. W. Walker; Lt. C.*
*Burchfield; Lt. B. James; Unknown Named Doe's; Hoe Squade Riders;*
(Enter above the <u>full</u> name of the Defendant, *Building Security; K-9 Units; Internal*
or Defendants, in this action.)            *Affairs Personal; All ADC Employee's*

**I.    Previous Lawsuits**

**A.**    Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?

Yes _____        No ✓

**B.**    If your answer to A is yes, describe each lawsuit in the space below including the <u>exact</u>
<u>Plaintiff name or alias used.</u>  (If there is more than one lawsuit, describe the additional
lawsuits on another piece of paper, using the same outline.)

**1.**    Parties to this lawsuit

Plaintiffs:  *NA* _____

Defendants:  *NA* _____

_____

**2.**    Court (if federal court, name the district; if state, name the county):

*NA* _____

**3.**    Docket number: *NA* _____

**4.**    Name of judge to whom case was assigned: *NA* _____

**5.**    Disposition (for example:  Was the case dismissed?  Was it appealed?

Is it still pending?) *NA* _____

**6.**    Approximate date of filing lawsuit: *NA* _____

**7.**    Approximate date of disposition: *NA* _____

This case assigned to District Judge _____Moody____ (Revised 12/10)
-and to Magistrate Judge _____Harris____

**II.**    **Place of Present Confinement:** _ADC, VARNER Unit, P.O. Box 600,_
_Grady, ARK. 71644_

**III.**    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    **A.**    Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes _✓_        No _____

    **B.**    If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>**FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    **C.**    If your answer is NO, explain why not: _GRievance Attached._
_Grievance No's: VU-17-00409 ¢ VU-17-00416_
_These Are also to be used As Exhibits._

**IV.**    **Parties**

    (In item A below, place your name in the first blank and place your present address in the second blank.)

    **A.**    Your Full Name: _Winston Holloway, ADC# 67507_

        Address:    _P.O. Box 600, VARNER_
_Grady, ARK. 71644_

    (In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

    Do Not List Witnesses.

    You may not name the jail as a Defendant.  The jail is a building and cannot be sued.

    **B. Read carefully and fill out all information sought.**

        <u>1. Defendant #1.</u>

        Full Name:    _James Gibson_

        Position: _Warden_

        Place of Employment: _ADC VARNER Unit_

        Address:    _P.O. Box 600_
_Grady, ARK. 71644_

2. **Defendant #2.**

Full Name: Tony Mchan

Position: Assistant Warden

Place of Employment: ADC Varner Unit

Address: P.O. Box 600

Grady, Ark. 71644

3. **Defendant #3.**

Full Name: Antowin Emsweller

Position: Assistant Warden

Place of Employment: ADC Varner Unit

Address: P.O. Box 600

Grady, Ark, 71644

4. **Defendant #4.**

Full Name: Jimmy Phillips

Position: Captain Field Security

Place of Employment: ADC Varner Unit

Address: P.O. Box 600

Grady, Ark, 71644

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.   At the time of the alleged incident(s), were you:
(check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges
__✓__ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: Convicted 1975 in Pulaski County, Received Life + 128 years

Please provide the date of your conviction or probation or parole revocation:

1975

-3- A

Defendants Cont. 3-A

5. Defendant #5
   Full Name: W. Walker
   Position: Lieutenant Field Squads
   Place of Employment: ADC Varner Unit
   Address: P.O. Box 600, Grady, Ark. 71644

6. Defendant #6
   Full Name: C. Burchfield
   Position: Lieutenant Field Squad
   Place of Employment: ADC Varner Unit
   Address: P.O. Box 600, Grady, Ark. 71644

7. Defendant #7
   Full Name: B. James
   Position: Lieutenant Field Squads
   Address: P.O. Box 600, Grady, Ark. 71644

8. Defendant #8
   Full Name: Unknown Named Does:
   Hoe Squad Riders; Building Security;
   K-9 Units; Internal Affairs Personal,
   All ADC Employees. tDC
   Positions: Various as Described
   Place of Employment: ADC Varner & Central Office
   Address: P.O. Box 8707, Central ADC Office
              Pine Bluff, Ark. 71611

3-B

## VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

EXcessive FoRRe

Date of the Occurrence: 5-31-17

Name of Each Defendant involved: James Gibson, Tony Mchan,
Antown Emsweller, Jimmy Phillips, W. Walker, C.
Burchfield, B. James, Unknown Named Does, Hoe Squad
Riders, Building Security, K-9 Units, Internal Affairs personal.

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

Defendants came to my barracks No. 21 At ADC Varner
Unit in Force, were led into the barracks by Capt.
Jimmy Phillips And Lt. B. James who stated to
the barracks at large, "Everyone to the front
Now, You don't want to Tell us Anything, you
go back to the gym" and Phillips also said, " You (cont.)

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___     both official and personal capacity

-4- A

<u>Claim #1</u>

just chill out"; As most of the prisoners had just spent hours setting on the gym concret floor, while These same Defendants did a Total search of our barracks and personal property; scattering it about The barracks. We were Attempting to get it cleaned up And the mess made by Defendants who had Torn up parts of The ventilating system.

Capt. Phillips And Lt. B. James ordered All of us to go one at a time into the hallway thats between our large open barrack And The barracks across the hallway, barracks No. 22 where Those Fifty prisoners watched Through the large windows As each of us were striped And a visual body cavity inspection was done of us. We had to Remain There until All prisoners were stripsearched. In the hallway were the femal guards who were assigned To work barracks 17, 18, 19, 20, 21 and 22 in sight of us whiled being searched.

After the search (during the search "Assistant Warden) Emsweller with Internal Affairs Personal, stated To us That we were not suppose to be striped in The hall- way but in The Toilet as usual"), but he made no effort to stop it.

4-B

## Claim #1

Lt. James said for all of us to go back to the gym. As we observed Captain Jimmy Phillips welding a knife and slashing open our personal laundry bags that had come from the laundry.

Capt. Phillips waving his knife around infront of the hallway windows for all to see acted as if he was pleased with himself, and in total contempt for the prisoners and any right we claim.

Lt. James screamed at us in the hallway that if we diden't go to the gym right then they would take us all down. The Assistant Warden Emsweller was still in the hallway and had been in the barracks.

We were escorted to the gym by a group of guards, Warden's and K-9 Unit guards with guns. The K-9 Unit personal with their guns ordered us to the back of the gym as they spread out across the front of the gym in a threatening display with their. I, and we were not sure we were to be shot.

We were in the gym several hours and we wondered what more Capt. Phillips and his gang was up too? While in the gym an internal affairs person talke to

4-C

## CLAIM #1

me and several others. He did not seem concerned about our treatment. He had been at our barracks and witnessed the distruction of our personal and state property without a concerne. We talked about a phamton gun. Over hearing the guards talking about the gun they said a prisoner named Sexton had told a family member we had a 9mm with two clips and were going to kill him. That would be prisoner Dustin Sexton, a drug user deep in debt in 21 barracks.

 This was the question Capt. Phillips and Lt. James demanded we tell them about. Information not possible as no gun existed. The ADC later learned Sexton was in fear of being beaten for the drug debt he could not pay; so he calls his grandmother telling her we had guns and was going to kill him. The grandmother horrably frighted calls the ADC and reports the gun that don't exist. The ADC rather than ascertaining the claim, goes into slash and burn mode, distroyes half the ventilation system for 21 barracks, having been told thats where the phamton gun was being hidden. Worked hovic with our personal property but failed to call in from Vo-tec School the other persons

## Claim #1

From our barracks who had already gone to VO-Tec. The search focus was of the ventilation system, not our sleeping area or storage boxes.

While we waited in the gym, The Defendants led by Capt. Phillips and Lt. James on a pre-textual additional search went through to our living area tearing, slashing open pillows, food item sacks (commissary items such as potato chips purchased by prisoners), bedding, legal files, photos, letters and either destroying them and/or throwing them around over the barracks floor, on other prisoners beds, scattering pillow stuffings over it all. Like a bunch of mad men they used this to punish us for our failure to provide them information on a non-existing gun.

This wanton, willfull malicious distruction was an un-lawfull punishment. My property was found in part all over the barracks, except a mirrow, 2 AA battery packs, hair dressing, two T-shirts and food items trashed and uneatable. I still suffer strong anxiety, knowing this abuse may happen again at anytime for any or no reason.

4-E

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

The ADC search policy that allowed this Abuse, The ADC has A Training Academy where new Employees Are instructed in barrack searches. These Trainees Are used in Mass To do searches. Their Training includes The type search that was used To Abuse us. Disregard of Prisoner Rights.

**Claim Number # 2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Retaliation by Pre-Textual Destrictive barracks and Personal Property search.

**Date of the Occurrence:** May 30 AND 31, 2017

**Name of Each Defendant involved:** All Named Defendants.

_____

_____

_____

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

The ADC was informed before May 30, 2017 that a gun was hidden in the ventilation system in 21 barracks Toilet area. All the prisoners in The barracks At that Time were striped and searched, then held in The hallway between barracks 21 and 22. Then escorted to

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___  both official and personal capacity

Cont. 5-A-5-B

<u>Claim</u> #2

The Unit gynasium. Several hours later we returned to 21 barracks to find that our living area had been searched and Trashed in the way hoe squad Riders and new guard Trainee's conducted searches. The only prisoners not searched was those who had locked their locker boxes, and those who were at VO-Tec school. No effort was made to call in VO-Tec prisoners for the Search, nor to have those present to unlock their boxes. So the True focus of the search is the ventilating system.

After the first days search Defendants No gun existed in the vent system. Defendants returned on May 31, 2017 to again search our living area in their usual abusive style, and again only those prisoners laying in and not those at VO-Tec or those with locked boxes. They did again attack the vent system, collapsing parts of it. On returning I found much of my legal and personal files and bedding spreaded over the floor. The Defendants, led by Capt. Jimmy Phillips and Lt. B. James screamed, "Everybody to the front, you don't want to tell us any-thing, you go back to the gym". They had us several at a time go into the hallway

5-B

## Claim 2

To be stripsearched in full view of the
cameras, femal guards, prisoners of 21,
22, 19 and 20 barracks. In the hallway
were other unknown persons and the
HVAC crew. One of the defendant guards
entered the guard station for 19 and 21
barracks to search the ceiling, and doing
so tore down and collapsed it and the cords
for the hanging ceiling. No gun found as
no gun existed. We were ~~braced~~ threanted and
again escorted to the gym, this time by
armed guards of the K-9 Unit. Rightfully
so we feared for our safety and lives.
All prisoners who were the victems of
this abuse at no time resested or threaten
any defendant in any way. We had not
witnessed gun's used to escort or hold any
prisoner before. And agained feared the
defendants had escalated their attack to
a more dangerous level.

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

The policy that allows Pre-Textual strip searches that are used as punishment.

_____

_____

_____

_____

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Excessive force in illegal confiscation of and destriction of personal property.

**Date of the Occurrence:** May 31, 2017

**Name of Each Defendant involved:** All named defendants, Except K-9 Gun Unit.

_____

_____

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

May 31, 2017 second Pre-textual living area search. While being held under gun guard in the Unit gynasiams, seperate defendants; Gibson, McHan, Emsweller, Phillips, Walker, Burchfield, Jamies, Doe's, Building Security, Hoe-Squade Riders, and Internal Affairs went into our living area

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____   **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____   **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓   **both official and personal capacity**

-6-4

<u>Claim #3</u>

and ripped, cut and slashed open our pillows, tore letters, files legal and personal. Threw personal items across the barracks and took some items. I am missing a mirror, hair care petroleum, 2 t-shirts and 2 packs of AA batteries. Others had lost or taken other items. The total trashing of our living area and property was not a search, it was punishment for not telling about a non-existent gun. I know without strong sanctions this can and will happen again.

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

The Policy, written or un-written that Allowed ADC Defendants to abuse our Rights in the manner described.

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

**VII.    Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓    Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓    Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

1.) Injuctive Relief;
2.) All Cost of This Action;
3.) Attorney Fee's;
4.) To Order proper Training for quards; And To Teach Them the Rights of prisoners.
5.) To Enjoin Any harassment of me for this Action.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 2 day of August 20 17.

Winston Holloway
**Printed Name of Plaintiff**

**Signature of Plaintiff**

IGTT430
3GD

Attachment VI

INMATE NAME: Holloway, Winston          ADC #: 067507          GRIEVANCE#:VU-17-00409

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 5/31/17, you stated the following complaint: "On 5/30/17 in barracks no. 21 a plethora of ADC officials led by Warden James Gibson; Warden Tony Mchan; Warden Emsweller; unknown named k-9 group officials; unknown named hoe squad guards; unknown named Varner and others banded togeather to first do a shakedown of 21 barracks, conducting themselves in an illegal manner with our belongings. Then conducted another subterfuge shakedown to blatantly storme through our personal property, destroy and scatter it across the barracks floor and into other prisoners beds. Cutting pillows open scattering it & contents, walking over our commissary items. I am missing two T-shirts, 2 packs of AA batteries, my mirrow and a deodorant dry stick you must replace these items and punish the participants reserve the right to name all as identy's become known."

The Warden responded to your grievance on 6/14/17 by stating the following: "On 5-30-2017 barracks 21 was shook down, Inmate Holloway's bed area was not locked when the shakedown crew entered the barracks. No one 's personal property was messed with other than going through their boxes. Inmate Holloway had property that would not fit in your box that is provided for you where it can be locked. No one destroyed or took any personal property from any inmate during the shakedown, per Deputy Warden McHan.

Per AD 11-24 Searches of inmates are conducted as often as necessary to control contraband, but never for purposes of punishment or harassment. All areas of the units shall be searched thoroughly for contraband on a routine basis. Therefore, I find this issue without merit."

Your appeal was received on 6/27/17. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____          6-28-17
Director                          Date

Rec'd 7-5-17 TW

PLAINTIFF EXHIBIT "I"
5 PAGES

IGTT410
3GS

Attachment III

INMATE NAME: <u>Holloway, Winston</u>       ADC #: <u>067507D</u>       GRIEVANCE #: <u>VU-17-00409</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Winston Holloway, you state, "On 5/30/17 in barracks no. 21 a plethora of ADC officials led by Warden James Gibson; Warden Tony Mchan; Warden Emsweller; unknown named k-9 group officials; unknown named hoe squad guards; unknown named Varner and others banded together to first do a shakedown of 21 barracks, conducting themselves in an illegal manner with our belongings. Then conducted another subterfuge shakedown to blatantly storme through our personal property, destroy and scatter it across the barracks floor and into other prisoners beds. Cutting pillows open scattering it & contents, walking over our commissary items. I am missing two T-shirts, 2 packs of AA batteries, my mirrow and a deodorant dry stick you must replace these items and punish the participants reserve the right to name all as identy's become known."

On 5-30-2017 barracks 21 was shook down, Inmate Holloway's bed area was not locked when the shakedown crew entered the barracks. No one 's personal property was messed with other than going through their boxes. Inmate Holloway had property that would not fit in your box that is provided for you where it can be locked. No one destroyed or took any personal property from any inmate during the shakedown, per Deputy Warden McHan.

Per AD 11-24 Searches of inmates are conducted as often as necessary to control contraband, but never for purposes of punishment or harassment. All areas of the units shall be searched thoroughly for contraband on a routine basis. Therefore, I find this issue without merit.

RECEIVED

JUN 27 2017    _Warden_    6/14/17

Signature of Warden/Supervisor or Designee       Title       Date

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

Rec'd 6/16/17

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? WARDEN JAMES Gibson lied. Each issued RAISED by ME is TRUE, please MAiNTAiN A log of EACh ADC OFFICAL, iNMAtES of the BARRACKS, iNMATES of bARRACKS 22 who Also witnessed this abuse through The windows !

Inmate Signature       ADC#       Date

67507    6/16/17

(Exhibit #1)

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Holloway, Winston          ADC #:  067507D
FROM:  Payne, Dexter L                  TITLE:  Assistant Director (ADC)
RE: Receipt of Grievance  VU-17-00409   DATE: 06/27/2017

Please be advised, the appeal of your grievance dated
05/31/2017
was received in my office on this date  06/27/2017

**You will receive communication from this office regarding this Grievance by**   08/09/2017

☐   The time allowed for appeal has expired
☐   The matter is non-grievable and does not involve retaliation:

  ☐   (a) Parole and/or Release matter
  ☐   (b) Transfer
  ☐   (c) Job Assignment unrelated to medical restriction
  ☐   (d) Disciplinary matter
  ☐   (e) Matter beyond the Department's control and/or matter of State/Federal law
  ☐   (f) Involves an anticipated event

☐   You did not send all the proper Attachments:

  ☐   (a) Unit Level Grievance Form (Attachment 1)
  ☐   (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  ☐   (c) Did not give reason for disagreement in space provided for appeal
  ☐   (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  ☐   (e) Unsanitary form(s) or documents received
  ☐   (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious



IGTT405                    Page 1 of 1

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Holloway, Winston             ADC #:   067507D
FROM:  Jackson, Lucretia R                 TITLE:   ADC Inmate Grievance Coord
DATE:   06/05/2017                          GRIEVANCE #:   VU-17-00409

Please be advised, I have received your Grievance dated 05/31/2017 on 06/05/2017 .
You should receive communication regarding the Grievance by 07/03/2017

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◉  This Grievance will be addressed by the Warden/Center Supervisor or designee.

○  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who
   will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor
   who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject
   to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed
   as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or
   was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in
mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list
additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal
statement is limited to what you write in the space provided below.

_____      _____      _____
Inmate Signature                      ADC #                     Date

(Exhibit #1)

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VARNER_

Name _Winston Holloway_

ADC# _67507_   Brks # _31_   Job Assignment _LU_

FOR OFFICE USE ONLY

GRV. # _VU17-00409_

Date Received: _6/5/17_

GRV. Code #: _512_

_5/31/17_ (Date) STEP ONE: Informal Resolution

_6/3/17_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Failure to Respond._
_This Appears to be the normal process now._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 5-30-17 in Barracks No. 31, a plethora of ADC Officials led by Warden James Gibson; Warden Tony Michau; Warden Emsweller; Unknown named K-9 group officials; unknown named the squad guards; unknown named Varner and others, banded together to first do a shakedown of 31 Barracks, conducting themselves in an illegal manner with our belongings; then conducted another subterfuge shakedown to blantantly storme through our personal propiaty, distroy and scatter it across the barracks floor and into other prisoners beds. Cutting pillows open gathering its contents, walking over our commissiary items. I am missing two t-shirts, 2 packs of AA batteries, my mirrow and a deodorant dry stick — You must Replace these items, and punish the participants. Reserve the Right to name all the identitys become known._

_____   _5/31/17  3:45 P.M._
Inmate Signature                                 Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _5/31/17_ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt. M. Lowell_   _660C_   _Sgt. M. Lowell_   _RECEIVED_   _5/31/17_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                      Date Received

Describe action taken to resolve complaint, including **dates**: _____

_JUN 27 2017_

_____
INMATE GRIEVANCE SUPERVISOR

_____
ADMINISTRATION BUILDING

Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

_(Exhibit #1)_

IGTT430
3GD

Attachment VI

INMATE NAME: Holloway, Winston          ADC #: 067507          GRIEVANCE#:VU-17-00416

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On 6/4/17, you stated the following complaint: "On 5-31-17, Field Captain Jimmy Phillips and his knife led an assault again on 21 barracks disguised as another shakedown. After strip search in the hallway exposed t the hallway cameras femal guards and the over 100 prisoners looking from barracks 19, 20 and 21; one of the guards station Captain Phillips used his long bladded knife to cut open prisoners laundry bags that were full of our clothing. Assistant Warden Emsweller arrived at 21 and agreed that the public display if our being striped and searched in view of the cameras femal employees and barracks 19, 20, and 21 prisoners was a serious mistake. The shame of this being a shake down of prisoners was made a lie because half the barracks was at work and not called in. I ask the video of the search be preserved."

The unit rejected your grievance on 6/9/17 as being a duplicate of VU-17-00409.

Your appeal was received on 6/20/17. After review of your appeal and supporting documentation, I find that I concur with the unit's decision to reject your grievance. I will not address the merit of your appeal which is denied.

Director _____     Date 6-21-17 _____

Rec'd 7-5-17

Plaintiffs Exhibit #2
3 pages

IGTT400
3GR

*BK 21*

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Holloway, Winston                     ADC #:  067507D
FROM:  Jackson, Lucretia R                        TITLE:  ADC Inmate Grievance Coord
DATE:  06/09/2017                                  GRIEVANCE #:  VU-17-00416

Please be advised, I have received your Grievance dated 06/04/2017 on 06/09/2017 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

This Grievance will be addressed by the Warden/Center Supervisor or designee.

This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

This Grievance has been determined to be an emergency situation, as you so indicated.

This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of VU-17-00409 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

*Rec'd 6-10-17(WH)*

*Not A duplicate — happened on different days, and*
*different times — separate abuses.*

*Winston Holloway*                  *67507*                    *6-11-17*
Inmate Signature                        ADC #                         Date

**RECEIVED**

JUN 2 0 2017

**INMATE GRIEVANCE SUPERVISOR**

ADMINISTRATION BUILDING

*(Exhibit #2)*

*Rejected Duplicate* W/C

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center **VARNER**

FOR OFFICE USE ONLY
GRV. # VU-17-00416
Date Received: 6/9/17
GRV. Code #: 3L2

Name **Winston Holloway**

ADC# **67507**    Brks # **21**    Job Assignment **BU**

**6-4-17** (Date) STEP ONE: Informal Resolution

**6-7-17** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Fails to address the issues Raised - served late - has no grievance Number.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 5-31-17, Field Captain Jimmy Phillips, and his Knife led an assault again on 21 barracks disguised as another shakedown. After strip search in the hallway, exposed to the hallway cameras, female guards, and the over 100 prisoners looking from barracks 19, 20, and 21, one of the guards tore down the light fixture and dropped ceiling in the guards station - Caption Phillips used his long bladed Knife to cut open prisoners laundry bags that were full of our clothing. Assistant Warden Emsweller arrived at 21 and agreed that the public display of our being stripped and searched in view of the cameras, female employees all barracks 19, 20, and 21 prisoners was a serious mistake. The sham of this being a shakedown of prisoners was made a lie because half the barracks was at work and not called in. I ask the video of the search be preserved & preserve the right to name all officials as their id becomes Known. *Winston Holloway*     6-4-17  2:30 p.m.

Inmate Signature                                      Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **6-4-17** (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form _____ Date _____

L. F. Clark                          L.F. Allen                    6-4-17
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature         Date Received
Describe action taken to resolve complaint, including dates: Per AD 11-24 Searches of inmates are conducted as often as necessary to control contraband, not for purposes of punishment or harassment. All areas of unit [illegible] shall be thoroughly searched

Staff Signature & Date Returned _____ *Winston Holloway* 6-7-17
                              Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two (Print) _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

(Exhibit #2)

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Varner_

Name _Larry Rayford_

ADC# _102969_  Brks # _21_  Job Assignment _Laundry_

| | FOR OFFICE ONLY |
|---|---|
| | GRV. # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

_5 - / - 17_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_
**BRIEFLY** state your own complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On May 30, 2017, shortly before or after 12:00 P.M., the Deputy Warden walked in 21 barracks and ordered everyone out to the hallway. Both Deputy Wardens were present. We were stripped searched and escorted to the gym. After said hour we returned to our barracks and I discovered (5) photos were taken and also (13) obituaries. I'm mostly concerned about the aforementioned. I was also missing (1) St. Louis Today Whirl Newspaper I just received at mail call. I'm allowed (5) photos. The obituaries are not contraband and I received the newspaper legally. It do not know the names of the officers conducting the search, but both Deputy wardens at this unit and the building Major were present. I was not given a confiscation form, so I do not know the whereabouts of my property.

_Larry Rayford_                                     _5 / - 17_
Inmate Signature                                   Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _5-30-17_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date _____

_SAS McCloud_        _8707_        _S.S. McCloud_        _5-31-17_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _____ Plaintiffs Exhibit #3
_____
_____
_____

Staff Signature & Date Returned _____  Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Rec'd Return of Property by Capt./Lt. Gardner on 6/25/17 at VSU