IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WINSTON HOLLOWAY                                                         PLAINTIFF
ADC #67507

v.                        No: 5:17-cv-00217 JM-PSH

ANTON EMSWELLER, *et al.*                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants' Motion for Partial Summary Judgment is granted and Holloway's claims against defendants Emsweller, James, Thrower, Knight, Blevins, Shelton, and Walker are dismissed without prejudice due to Holloway's failure to exhaust his administrative remedies as to these defendants. Holloway's unreasonable strip search claim against defendant Phillips will remain.

DATED this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE