IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WINSTON HOLLOWAY**                                                **PLAINTIFF**
**ADC #67507**

**v.**                      **No: 5:17-cv-00217 JM-PSH**

**JIMMY PHILLIPS**                                                **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Phillips' motion for summary judgment (Doc. No. 61) is granted, and that Holloway's claims against Phillips are dismissed with prejudice.

DATED this 23rd day of August, 2019.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE