IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WINSTON HOLLOWAY　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #67507

v.　　　　　　　　　No: 5:17-cv-00217 JM-PSH

JIMMY PHILLIPS　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 23rd day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE